**Milton PITTS, Appellant,**

**v.**

**UNITED STATES, Appellee.**

**Nos. 3223, 3224**

District of Columbia Court of Appeals.

Submitted May 20, 1963.

Decided June 27, 1963.

Wesley S. Williams, Washington, D. C., for appellant. William A. Tinney, Jr., Washington, D. C., also entered an appearance for appellant.

David C. Acheson, U. S. Atty., with whom Frank Q. Nebeker, John A. Terry and William C. Pryor, Asst. U. S. Attys., were on the brief, for appellee.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

These appeals are from convictions of assault,[1] and destroying movable property.[2] We find no error.

Affirmed.

